Shelley D. Krohn, Esq.
Nevada Bar No. 5040
**SHELLEY D. KROHN, LTD**
510 South 8th Street
Las Vegas, NV 89101
Phone: (702) 421-2210
Fax:   (702) 366-1939
Email: Shelley@krohnlawoffice.com
Attorney for Brian D. Shapiro, Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>GRAIG D. ZAPPER AND SUSAN F. ZAPPER,<br><br>Debtors. | Case No. BK-S-13-12889-MKN<br>Chapter  7<br><br>**AMENDED NOTICE OF HEARING ON MOTION PURSUANT TO BANKRUPTCY RULE 9019 TO APPROVE SETTLEMENT WITH DEFENDANTS AND DISMISS ADVERSARY PROCEEDING**<br><br>Date: March 8, 2017<br>Time: 9:30 a.m. |

NOTICE IS HEREBY GIVEN that a MOTION PURSUANT TO BANKRUPTCY RULE 9019 TO APPROVE SETTLEMENT WITH DEFENDANTS AND DISMISS ADVERSARY PROCEEDING was filed with the above-entitled court on January 3, 2017, by Shelley D. Krohn, Ltd. on behalf of Brian D. Shapiro, Chapter 7 Trustee. Any opposition must be filed pursuant to Local Rule 9014(d)(1).  This Motion seeks the Court's approval of a settlement with all of the Defendants in Adversary Case No. 16-1073.  Said settlement proposes that the Defendants will tender the sum of $6,000.00 within 60 days of approval of the Court's approval to the Trustee in and for the 1966 Corvette. Furthermore, the Adversary Case will then be dismissed.



1

Local Rule 9014(d)(1): Oppositions to a motion must be filed and service must be completed on the movant no later than fourteen (14) days preceding the hearing date for the motion except as provided by Local Rule 9014(d)(3). The opposition must set forth all relevant facts and any relevant legal authority. Any opposition must be supported by affidavits or declarations that conform to Local Rule 9014(c).

Any Opposition must be filed pursuant to Local Rule 9014(b)(1).

Local Rule 9014(b)(1): "If you object to the relief requested, you must file a written response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

* The court may refuse to allow you to speak at the scheduled hearing; and

* The court may rule against you without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Las Vegas, Nevada 89101, on the 8th day of March, 2017 at the hour of 9:30 a.m.

DATED this 1st day of February, 2017.

SHELLEY D. KROHN, LTD.

/s/ Shelley Krohn

SHELLEY D. KROHN, ESQ.
Nevada Bar No. 5040
510 South 8th Street
Las Vegas, NV 89101
Telephone: (702) 421-2210
Facsimile: (702) 366-1939
Email: shelley@krohnlawoffice.com
Attorney for Trustee

